B6A (Official Form 6A) (12/07)

In re    **JIN SUK KIM**        Case No.    **10-18008**

Debtor

# SCHEDULE A - REAL PROPERTY - AMENDED

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **3401 Oakfield Ave., Baltimore, MD 21207 owned by Oakfield Avenue LLC, debtor is the sole member of company** | - | | Unknown | 889,603.19 |
| **4700-4702 Greenspring Ave., Baltimore, MD 21215 owned by Virgnia LLC, debtor is sole member of company** | - | | Unknown | 0.00 |
| **3916-21 Main Ave, MD 21207 owned by Main Avenue LLC, debtor is the sole member of the company** | - | | Unknown | 464,141.03 |
| **3842-50 Oakford Avenue, 21215** | - | | Unknown | 425,462.14 |
| **4503-15 Garrison Boulevard, 21215** | - | | Unknown | 618,854.57 |
| **2801-2803 Virginia Avenue, Baltimore, MD21215 owned by Virginia LLC, debtor is sole member of company** | - | | Unknown | 1,469,778.83 |
| **631, 633, 635, 641 East University Boulevard, 20901** | J | | Unknown | 1,417,810.71 |
| **3001-3011 Carlisle Avenue, Baltimore, MD 21216 under receivership of Wallace Campbell, 6212 York Rd, Baltimore, MD 21212** | - | | Unknown | 1,765,041.35 |
| **3401 Fairview Avenue, Baltimore, MD 21216 owned by Fairview Avenue, LLC, debtor is sole member of company** | - | | Unknown | 390,053.35 |
| **3403 Fairview Avenue, Baltimore, MD 21216** | - | | Unknown | 390,053.35 |
| **3405 Fairview Avenue, Baltimore, MD 21216** | - | | Unknown | 390,053.35 |
| **3407 Fairview Avenue, Baltimore, MD 21216 owned by Fairview Avenue LLC, debtor is the sole member of company** | - | | Unknown | 391,149.08 |

Sub-Total >      0.00      (Total of this page)

__2__ continuation sheets attached to the Schedule of Real Property

B6A (Official Form 6A) (12/07) - Cont.

In re    **JIN SUK KIM**                                                                                  Case No.    **10-18008**
_____,
                                                        Debtor

## SCHEDULE A - REAL PROPERTY - AMENDED
(Continuation Sheet)

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| 2401 Garrison Blvd, Baltimore, MD  21216 | - | | Unknown | 338,451.11 |
| 2210 Roslyn Ave., Baltimore, MD  21216 owned by Roslyn Avenue, LLC, debtor is sole member of company | - | | Unknown | 338,046.29 |
| 2074 University Blvd., Adelphi, MD  20783 | - | | Unknown | 387,000.00 |
| 34 Piney Meetinghouse Court, Potomac, MD 20854 | J | | 1,100,000.00 | 1,208,209.65 |
| 15904 NE Frederick Road, Lisbon, MD 21765 | - | | Unknown | 305,000.00 |
| 2908-2910 Garrison Blvd., Baltimore MD owned by Garrison Road, LLC, debtor is sole member of company under receivership of Wallace Campbell, 6212 York Rd, Baltimore, MD  21212 | - | | Unknown | Unknown |
| 2912-2932 Garrison Blvd., Baltimore, MD owned by Garrison Road, LLC, debtor is sole member of company under receivership of Wallace Campbell, 6212 York Rd, Baltimore, MD  21212 | - | | Unknown | Unknown |
| 2936-2962 Garrison Blvd., Baltimore, MD owned by Garrison Road, LLC, debtor is sole member of company | - | | Unknown | Unknown |
| 2921-2947 Allendale Road, Baltimore, MD under receivership of Wallace Campbell, 6212 York Rd, Baltimore, MD  21212 | - | | Unknown | Unknown |
| 2805-2811 Virginia Ave, Baltimore, MD owned by Virginia LLC, debtor is sole member of the company | - | | Unknown | 0.00 |
| 2730-2748 North Longwood St., MD under receivership of Wallace Campbell, 6212 York Rd, Baltimore, MD  21212 | - | | Unknown | Unknown |
| 3103-3142 Artaban Place, MD under receivership of Wallace Campbell, 6212 York Rd, Baltimore, MD  21212 | - | | Unknown | Unknown |

                                                        Sub-Total >      1,100,000.00     (Total of this page)

Sheet   **1**   of   **2**   continuation sheets attached to the Schedule of Real Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                         Best Case Bankruptcy

B6A (Official Form 6A) (12/07) - Cont.

In re     **JIN SUK KIM**                                                                                 Case No. _____**10-18008**_____

_____
                        Debtor

## SCHEDULE A - REAL PROPERTY - AMENDED
(Continuation Sheet)

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **2742-2750 North Rosedale Street, MD under receivership of Wallace Campbell, 6212 York Rd, Baltimore, MD  21212** | | - | **Unknown** | **0.00** |
| **3915 Liberty Heights Ave, MD** | | - | **Unknown** | **Unknown** |

|  | Sub-Total > | **0.00** | (Total of this page) |
|---|---|---|---|
|  | Total > | **1,100,000.00** | |

Sheet __**2**__ of __**2**__ continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re    **JIN SUK KIM**                                                                          Case No.    **10-18008**
_____,
                                                    Debtor

## SCHEDULE B - PERSONAL PROPERTY - AMENDED

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. ? 12 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | X | | | |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **CHECKING ACCOUNT** | **W** | **2,500.00** |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | | **HOUSEHOLD FURNITURE** | **W** | **500.00** |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. | Wearing apparel. | | **PERSONAL CLOTHINGS** | **W** | **300.00** |
| 7. | Furs and jewelry. | X | | | |
| 8. | Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. | Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >      **3,300.00**
(Total of this page)

__2__  continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6B (Official Form 6B) (12/07) - Cont.

In re    **JIN SUK KIM**    Case No. _____**10-18008**_____
_____,
                                              Debtor

## SCHEDULE B - PERSONAL PROPERTY - AMENDED

(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. ? 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. ? 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. ? 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

|  | Sub-Total >  (Total of this page) | 0.00 |
|---|---|---|

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6B (Official Form 6B) (12/07) - Cont.

In re    **JIN SUK KIM**                                              Case No. ____**10-18008**_____
                                          ,
                              Debtor

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. ? 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2008 Hyundai Azera with approx. 62000 | J | 4,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  | Sub-Total > (Total of this page) | 4,000.00 |
|---|---|---|
|  | Total > | 7,300.00 |

Sheet __**2**__ of __**2**__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6C (Official Form 6C) (4/10)

In re  **JIN SUK KIM**                                                    Case No. ___ **10-18008** _____
                          Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED

Debtor claims the exemptions to which debtor is entitled under:            ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                                $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter*
  ☐ 11 U.S.C. ? 22(b)(2)                                                          *with respect to cases commenced on or after the date of adjustment.)*
  ■ 11 U.S.C. ? 22(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| CHECKING ACCOUNT | Md. Code Ann., Cts. & Jud. Proc. ? 11-504(b)(5) | 2,500.00 | 2,500.00 |
| **Household Goods and Furnishings** | | | |
| HOUSEHOLD FURNITURE | Md. Code Ann., Cts. & Jud. Proc. ? 11-504(b)(4) | 500.00 | 500.00 |
| **Wearing Apparel** | | | |
| PERSONAL CLOTHINGS | Md. Code Ann., Cts. & Jud. Proc. ? 11-504(b)(4) | 300.00 | 300.00 |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| 2008 Hyundai Azera with approx. 62000 | Md. Code Ann., Cts. & Jud. Proc. ? 11-504(b)(5) | 3,500.00 | 8,000.00 |

|  | Total: | 6,800.00 | 11,300.00 |
|---|---|---|---|

___0___ continuation sheets attached to Schedule of Property Claimed as Exempt

B6D (Official Form 6D) (12/07)

In re    **JIN SUK KIM**                                          Case No. _____**10-18008**_____

Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. ? 12 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W | J | C | | | | | | |
| Account No. **xxxxxxxx4852**<br><br>**Capital One Bank**<br>**PO Box 1710**<br>**Mattituck, NY 11952** | | | | | **2074 University Blvd., Adelphi, MD 20783**<br><br><br>Value $        **Unknown** | | | | **387,000.00** | **Unknown** |
| Account No. **xxxxxx9567**<br><br>**CCO Mortgage**<br>**PO box 6260**<br>**Glen Allen, VA 23058** | | | | | **34 Piney Meetinghouse Court, Potomac, MD 20854**<br><br><br>Value $        **1,100,000.00** | | | | **520,000.00** | **0.00** |
| Account No.<br><br>**Chevy Chase Bank**<br>**PO Box 1296**<br>**Laurel, MD 20707** | | | | | **3103-3142 Artaban Place, MD under receivership of Wallace Campbell, 6212 York Rd, Baltimore, MD  21212**<br><br>Value $        **Unknown** | | | | **Unknown** | **Unknown** |
| Account No.<br><br>**Chevy Chase Bank**<br>**PO Box 1296**<br>**Laurel, MD 20707** | | | | | **2730-2748 North Longwood St., MD under receivership of Wallace Campbell, 6212 York Rd, Baltimore, MD  21212**<br><br>Value $        **Unknown** | | | | **Unknown** | **Unknown** |
| **7**    continuation sheets attached | | | | | Subtotal<br>(Total of this page) | | | | **907,000.00** | **0.00** |

B6D (Official Form 6D) (12/07) - Cont.

In re    **JIN SUK KIM**                                                                Case No. ___**10-18008**___
                          Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Chevy Chase Bank<br>PO Box 1296<br>Laurel, MD 20707** | | - | **2742-2750 North Rosedale Street, MD under receivership of Wallace Campbell, 6212 York Rd, Baltimore, MD  21212**<br><br>Value $                    **Unknown** | | | | 0.00 | **Unknown** |
| Account No. **xxxxxxxxxxxx6842**<br><br>**Citibank<br>PO Box 193925<br>San Francisco, CA 94119** | | - | **3401 Oakfield Ave., Baltimore, MD 21207 owned by Oakfield Avenue LLC, debtor is the sole member of company**<br><br>Value $                    **Unknown** | | | | 889,603.19 | **Unknown** |
| Account No.<br><br>**Citibank<br>PO Box 193925<br>San Francisco, CA 94119** | | - | **3916-21 Main Ave, MD 21207 owned by Main Avenue LLC, debtor is the sole member of the company**<br><br>Value $                    **Unknown** | | | | 464,141.03 | **Unknown** |
| Account No. **xxxxxxxxxxxx6818**<br><br>**Citibank<br>PO Box 193925<br>San Francisco, CA 94119** | | - | **4503-15 Garrison Boulevard, 21215**<br><br>Value $                    **Unknown** | | | | 618,854.57 | **Unknown** |
| Account No. **xxxxxxxxxxxx6875**<br><br>**Citibank<br>PO Box 193925<br>San Francisco, CA 94119** | | - | **3842-50 Oakford Avenue, 21215**<br><br>Value $                    **Unknown** | | | | 425,462.14 | **Unknown** |

Sheet **1** of **7** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)                              **2,398,060.93**                    **0.00**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6D (Official Form 6D) (12/07) - Cont.

In re    **JIN SUK KIM**                                                                   Case No. ___**10-18008**_____

                                          Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. **xxxxxxxxxxxx6826**<br><br>**Citibank**<br>**PO Box 193925**<br>**San Francisco, CA 94119** | | - | | **2801-2803 Virginia Avenue, Baltimore, MD21215**<br>**owned by Virginia LLC, debtor is sole member of company**<br><br>Value $          **Unknown** | | | | **1,469,778.83** | **Unknown** |
| Account No. **xxxxxxxxxxxx6294**<br><br>**Citibank**<br>**PO Box 193925**<br>**San Francisco, CA 94119** | | - | | **631, 633, 635, 641 East University Boulevard, 20901**<br><br>Value $          **Unknown** | | | | **1,417,810.71** | **Unknown** |
| Account No. **xxxxx8361**<br><br>**JP Morgan Chase Bank, NA**<br>**PO box 650528**<br>**Dallas, TX 75265** | | - | | **3001-3011 Carlisle Avenue, Baltimore, MD 21216**<br>**under receivership of Wallace Campbell, 6212 York Rd, Baltimore, MD 21212**<br><br>Value $          **Unknown** | | | | **1,765,041.35** | **Unknown** |
| Account No. **xxxxx9341**<br><br>**JP Morgan Chase Bank, NA**<br>**PO box 650528**<br>**Dallas, TX 75265** | | - | | **3401 Fairview Avenue, Baltimore, MD 21216**<br>**owned by Fairview Avenue, LLC, debtor is sole member of company**<br><br>Value $          **Unknown** | | | | **390,053.35** | **Unknown** |
| Account No. **xxxxx9361**<br><br>**JP Morgan Chase Bank, NA**<br>**PO box 650528**<br>**Dallas, TX 75265** | | - | | **3403 Fairview Avenue, Baltimore, MD 21216**<br><br>Value $          **Unknown** | | | | **390,053.35** | **Unknown** |

Sheet **2** of **7**   continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)          **5,432,737.59**          **0.00**

5/26/10 4:02PM

B6D (Official Form 6D) (12/07) - Cont.

In re  **JIN SUK KIM** ·

Debtor

Case No. ___**10-18008**___

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. **xxxxx9381** | | | | 3405 Fairview Avenue, Baltimore, MD 21216 | | | | | |
| JP Morgan Chase Bank, NA PO box 650528 Dallas, TX 75265 | - | | | | | | | | |
| | | | | Value $          **Unknown** | | | | **390,053.35** | **Unknown** |
| Account No. **xxxxx9391** | | | | 3407 Fairview Avenue, Baltimore, MD 21216 owned by Fairview Avenue LLC, debtor is the sole member of company | | | | | |
| JP Morgan Chase Bank, NA PO box 650528 Dallas, TX 75265 | - | | | | | | | | |
| | | | | Value $          **Unknown** | | | | **391,149.08** | **Unknown** |
| Account No. **xxxxx9411** | | | | 2401 Garrison Blvd, Baltimore, MD 21216 | | | | | |
| JP Morgan Chase Bank, NA PO box 650528 Dallas, TX 75265 | - | | | | | | | | |
| | | | | Value $          **Unknown** | | | | **338,451.11** | **Unknown** |
| Account No. **xxxxx9401** | | | | 2210 Roslyn Ave., Baltimore, MD 21216 owned by Roslyn Avenue, LLC, debtor is sole member of company | | | | | |
| JP Morgan Chase Bank, NA PO box 650528 Dallas, TX 75265 | - | | | | | | | | |
| | | | | Value $          **Unknown** | | | | **338,046.29** | **Unknown** |
| Account No. | | | | Mortgage | | | | | |
| KH FUNDING COMPANY 10801 LOCKWOOD DRIVE SUITE 370 Silver Spring, MD 20901 | | W | | | | | | | |
| | | | | Value $          **Unknown** | | | | **7,000,000.00** | **Unknown** |

Sheet __**3**__ of __**7**__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| **8,457,699.83** | **0.00** |

B6D (Official Form 6D) (12/07) - Cont.

In re    **JIN SUK KIM**
                                                                Case No. ___**10-18008**_____
                                  Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W | J | C | | | | | | |
| Account No.

**KH Funding Company**
**10801 Lockwood Drive #370**
**Silver Spring, MD 20901** | | | | | **2908-2910 Garrison Blvd., Baltimore MD owned by Garrison Road, LLC, debtor is sole member of company under receivership of Wallace Campbell, 6212 York Rd, Baltimore, MD 21212**

Value $                **Unknown** | | | | **Unknown** | **Unknown** |
| Account No.

**KH Funding Company**
**10801 Lockwood Drive #370** | | | | | **2912-2932 Garrison Blvd., Baltimore, MD owned by Garrison Road, LLC, debtor is sole member of company under receivership of Wallace Campbell, 6212 York Rd, Baltimore, MD 21212**

Value $                **Unknown** | | | | **Unknown** | **Unknown** |
| Account No.

**KH Funding Company**
**10801 Lockwood Drive #370** | | | | | **2936-2962 Garrison Blvd., Baltimore, MD owned by Garrison Road, LLC, debtor is sole member of company**

Value $                **Unknown** | | | | **Unknown** | **Unknown** |
| Account No.

**KH Funding Company**
**10801 Lockwood Drive #370** | | | | | **2921-2947 Allendale Road, Baltimore, MD under receivership of Wallace Campbell, 6212 York Rd, Baltimore, MD 21212**

Value $                **Unknown** | | | | **Unknown** | **Unknown** |
| Account No.

**KH Funding Company**
**10801 Lockwood Drive #370** | | | | | **3915 Liberty Heights Ave, MD**

Value $                **Unknown** | | | | **Unknown** | **Unknown** |

Sheet **4**___ of **7**___ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| **0.00** | **0.00** |

B6D (Official Form 6D) (12/07) - Cont.

In re   **JIN SUK KIM**                                   ,         Case No.    **10-18008**

                                             Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxx/xxxxx6467**<br><br>**PNC**<br>**PO BOX 609**<br>**Pittsburgh, PA 15230** | | W | Mortgage<br><br>Value $       **Unknown** | | | | 1,800,000.00 | Unknown |
| Account No. **xxxxxxxx/xxxxx6487**<br><br>**PNC Bank**<br>**PO Box 609**<br>**Pittsburgh, PA 15230** | | - | **2908-2910 Garrison Blvd., Baltimore MD owned by Garrison Road, LLC, debtor is sole member of company under receivership of Wallace Campbell, 6212 York Rd, Baltimore, MD  21212**<br><br>Value $       **Unknown** | | | | Unknown | Unknown |
| Account No.<br><br>**PNC Bank**<br>**PO Box 609**<br>**Pittsburgh, PA 15230** | | | **2912-2932 Garrison Blvd., Baltimore, MD owned by Garrison Road, LLC, debtor is sole member of company under receivership of Wallace Campbell, 6212 York Rd, Baltimore, MD  21212**<br><br>Value $       **Unknown** | | | | Unknown | Unknown |
| Account No.<br><br>**PNC Bank**<br>**PO Box 609**<br>**Pittsburgh, PA 15230** | | - | **2936-2962 Garrison Blvd., Baltimore, MD owned by Garrison Road, LLC, debtor is sole member of company**<br><br>Value $       **Unknown** | | | | Unknown | Unknown |
| Account No.<br><br>**PNC Bank**<br>**PO Box 609**<br>**Pittsburgh, PA 15230** | | - | **2921-2947 Allendale Road, Baltimore, MD under receivership of Wallace Campbell, 6212 York Rd, Baltimore, MD  21212**<br><br>Value $       **Unknown** | | | | Unknown | Unknown |

Sheet  **5**  of  **7**  continuation sheets attached to<br>Schedule of Creditors Holding Secured Claims

Subtotal<br>(Total of this page)      1,800,000.00        0.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                 Best Case Bankruptcy

5/26/10 4:02PM

B6D (Official Form 6D) (12/07) - Cont.

In re   **JIN SUK KIM**                                                                    Case No. ___**10-18008**___
                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community — DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx8598**<br><br>**SAXON MORTGAGE SERVICES, INC.**<br>**4708 MERCANTILE DRIVE NORTH**<br>**Fort Worth, TX 76137** | | W | **Mortgage**<br><br><br>Value $            **Unknown** | | | | **305,000.00** | **Unknown** |
| Account No. **xxxxx2859**<br><br>**Saxon Mortgage Services, Inc.**<br>**4708 Mercantile Drive North**<br>**Fort Worth, TX 76137** | | - | **15904 NE Frederick Road, Lisbon, MD 21765**<br><br><br>Value $            **Unknown** | | | | **305,000.00** | **Unknown** |
| Account No.<br><br>**Seneca Real Property**<br>**267 Kentlands Blvd. #3024**<br>**Gaithersburg, MD 20878** | | | **2908-2910 Garrison Blvd., Baltimore MD owned by Garrison Road, LLC, debtor is sole member of company under receivership of Wallace Campbell, 6212 York Rd, Baltimore, MD 21212**<br><br>Value $            **Unknown** | | | | **Unknown** | **Unknown** |
| Account No.<br><br>**Seneca Real Property**<br>**267 Kentlands Blvd. #3024**<br>**Gaithersburg, MD 20878** | | - | **2912-2932 Garrison Blvd., Baltimore, MD owned by Garrison Road, LLC, debtor is sole member of company under receivership of Wallace Campbell, 6212 York Rd, Baltimore, MD 21212**<br><br>Value $            **Unknown** | | | | **Unknown** | **Unknown** |
| Account No.<br><br>**Seneca Real Property**<br>**267 Kentlands Blvd. #3024**<br>**Gaithersburg, MD 20878** | | - | **2936-2962 Garrison Blvd., Baltimore, MD owned by Garrison Road, LLC, debtor is sole member of company**<br><br>Value $            **Unknown** | | | | **Unknown** | **Unknown** |

Sheet _**6**_ of _**7**_ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

|  |  |
|---|---|
| **610,000.00** | **0.00** |

B6D (Official Form 6D) (12/07) - Cont.

In re    **JIN SUK KIM**                                                    Case No.    **10-18008**
                          Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | |
| Account No. <br><br> **Seneca Real Property** <br> **267 Kentlands Blvd. #3024** <br> **Gaithersburg, MD 20878** | | - | | **2921-2947 Allendale Road, Baltimore, MD** <br> **under receivership of Wallace Campbell, 6212 York Rd, Baltimore, MD  21212** <br><br> Value $          **Unknown** | | | | **Unknown** | **Unknown** |
| Account No. **xxxxxxxxxxxx6373** <br><br> **Wachovia** <br> **P.O. Box 563966** <br> **Charlotte, NC 28256** | | W | | **Mortgage** <br><br><br> Value $          **Unknown** | | | | **688,209.85** | **Unknown** |
| Account No. **xxxx-xxxx-xxxx-6373** <br><br> **Wells Fargo Bank, NA** <br> **PO Box 98074** <br> **Charlotte, NC 28296** | | - | | **34 Piney Meetinghouse Court, Potomac, MD 20854** <br><br><br> Value $          **1,100,000.00** | | | | **688,209.65** | **108,209.65** |
| Account No. <br><br><br><br><br> | | | | <br><br> Value $ | | | | | |
| Account No. <br><br><br><br><br> | | | | <br><br> Value $ | | | | | |

Sheet **7**   of **7**   continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal <br> (Total of this page) | **1,376,419.50** | **108,209.65** |
|---|---|---|---|
| | Total <br> (Report on Summary of Schedules) | **20,981,917.85** | **108,209.65** |

B6E (Official Form 6E) (4/10)

In re    **JIN SUK KIM** _____,     Case No. ____**10-18008**_____

                       Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS - AMENDED

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. ? 112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. ? 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. ? 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. ? 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. ? 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. ? 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. ? 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. ? 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. ? 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. ? 507(a)(10).

_* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment._

                    1    continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re    **JIN SUK KIM**                                                                Case No. ____**10-18008**____
                                               Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS - AMENDED
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. | | | | | | | | | |
| **Bureau of Treasury Management 200 Holliday Street Baltimore, MD 21202** | - | | | | | | | 7,121.10 | 0.00<br><br>7,121.10 |
| Account No. **xxxxxx4600** | | | | | | | | | |
| **Dept. of Labor, Licensing & Regulation PO Box 1844 Baltimore, MD 21203** | - | | | | | | | 45,000.00 | 0.00<br><br>45,000.00 |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

| | | |
|---|---|---|
| Sheet _**1**_ of _**1**_ continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims | Subtotal (Total of this page) | 0.00<br>**52,121.10** **52,121.10** |
| | Total (Report on Summary of Schedules) | 0.00<br>**52,121.10** **52,121.10** |

B6F (Official Form 6F) (12/07)

In re    **JIN SUK KIM**                                              Case No.    **10-18008**
_____
                          Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. ? 12 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. **xx-xxx0210** <br><br> **BGE** <br> **PO BOX 13070** <br> **Philadelphia, PA 19101** | | | W | | **GAS AND ELECTRIC** | | | | 84,330.54 |
| Account No. **xx-xxx0769** <br><br> **Bureau of Revenue Collection** <br> **200 Holliday Street** <br> **Baltimore, MD 21202** | | - | | | **water bill** | | | | 94,010.86 |
| Account No. **xxxxxxxx4852** <br><br> **CAPITAL ONE BANK** <br> **PO BOX 1710** <br> **Mattituck, NY 11952** | | | W | | **loan** | | | | 387,000.00 |
| Account No. **xxxx-xxxx-xxxx-7559** <br><br> **CARD SERVICE MEMBERSHIP** | | | W | | **credit card** | | | | 10,123.86 |
| **1**   continuation sheets attached | | | | | Subtotal (Total of this page) | | | | 575,465.26 |

B6F (Official Form 6F) (12/07) - Cont.

In re    **JIN SUK KIM**
                              Debtor

Case No. ____**10-18008**_____

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxx0000** | | | vendor | | | | | |
| CENTREAL WHOLESALERS, INC. 13401 VIRGINIA MANOR RD. Laurel, MD 20707 | | W | | | | | | 4,570.30 |
| Account No. **xxxx-x761-5** | | | vendor | | | | | |
| DURON PAINT & WALLCOVERINGS 11 SOUTH CENTRAL AVE. Baltimore, MD 21201 | | W | | | | | | 4,025.00 |
| Account No. **xxxx xxxx xxxx 8025** | | | vendor | | | | | |
| HOME DEPOT CREDIT SERVICES PROCESSING CENTER Des Moines, IA 50364 | | W | | | | | | 24,857.50 |
| Account No. **xx5267** | | | vendor | | | | | |
| ROLL-OFF EXPRESS, INC. PO BOX 448 Finksburg, MD 21048 | | W | | | | | | 7,813.53 |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet no. __1__ of __1__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **41,266.33**

Total
(Report on Summary of Schedules)      **616,731.59**

B6I (Official Form 6I) (12/07)

In re **JIN SUK KIM**                                              Case No.   **10-18008**
_____
Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S) - AMENDED

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Single** | RELATIONSHIP(S):  **None.** | AGE(S): |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | | |
| Name of Employer | | |
| How long employed | | |
| Address of Employer | | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ | 6,365.00 | $ | N/A |
| 2. Estimate monthly overtime | $ | 0.00 | $ | N/A |
| 3. SUBTOTAL | $ | 6,365.00 | $ | N/A |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
| a. Payroll taxes and social security | $ | 0.00 | $ | N/A |
| b. Insurance | $ | 0.00 | $ | N/A |
| c. Union dues | $ | 0.00 | $ | N/A |
| d. Other (Specify): | $ | 0.00 | $ | N/A |
| | $ | 0.00 | $ | N/A |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | 0.00 | $ | N/A |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | 6,365.00 | $ | N/A |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | 0.00 | $ | N/A |
| 8. Income from real property | $ | 0.00 | $ | N/A |
| 9. Interest and dividends | $ | 0.00 | $ | N/A |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | 0.00 | $ | N/A |
| 11. Social security or government assistance (Specify): | $ | 0.00 | $ | N/A |
| | $ | 0.00 | $ | N/A |
| 12. Pension or retirement income | $ | 0.00 | $ | N/A |
| 13. Other monthly income (Specify): | $ | 0.00 | $ | N/A |
| | $ | 0.00 | $ | N/A |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | 0.00 | $ | N/A |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | 6,365.00 | $ | N/A |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | $ | 6,365.00 | |

(Report also on Summary of Schedules and, if applicable, on
Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

## United States Bankruptcy Court
### District of Maryland

In re     **JIN SUK KIM**                                        Case No. ___**10-18008**___

                                        Debtor

                                                        Chapter___11___

## Numbered Listing of Creditors

| Creditor name and mailing address | Category of Claim | Amount of Claim |
|---|---|---|
| 1. **BGE**<br>**PO BOX 13070**<br>**Philadelphia, PA 19101** | **Unsecured claims** | 84,330.54 |
| 2. **Bureau of Revenue Collection**<br>**200 Holliday Street**<br>**Baltimore, MD 21202** | **Unsecured claims** | 94,010.86 |
| 3. **Bureau of Treasury Management**<br>**200 Holliday Street**<br>**Baltimore, MD 21202** | **Priority claims** | 7,121.10 |
| 4. **CAPITAL ONE BANK**<br>**PO BOX 1710**<br>**Mattituck, NY 11952** | **Unsecured claims** | 387,000.00 |
| 5. **Capital One Bank**<br>**PO Box 1710**<br>**Mattituck, NY 11952** | **Secured claims** | 387,000.00 |
| 6. **CCO Mortgage**<br>**PO box 6260**<br>**Glen Allen, VA 23058** | **Secured claims** | 520,000.00 |
| 7. **CENTREAL WHOLESALERS, INC.**<br>**13401 VIRGINIA MANOR RD.**<br>**Laurel, MD 20707** | **Unsecured claims** | 4,570.30 |
| 8. **Chase Card Services**<br>**PO Box 15298**<br>**Wilmington, DE 19850** | **Unsecured claims** | 10,123.86 |
| 9. **Chevy Chase Bank**<br>**PO Box 1296**<br>**Laurel, MD 20707** | **Secured claims** | Unknown |
| 10. **Chevy Chase Bank**<br>**PO Box 1296**<br>**Laurel, MD 20707** | **Secured claims** | Unknown |
| 11. **Chevy Chase Bank**<br>**PO Box 1296**<br>**Laurel, MD 20707** | **Secured claims** | 0.00 |
| 12. **Citibank**<br>**PO Box 193925**<br>**San Francisco, CA 94119** | **Secured claims** | 889,603.19 |

In re **JIN SUK KIM**

Case No. **10-18008**

Debtor,

## Numbered Listing of Creditors
(Continuation Sheet)

| Creditor name and mailing address | Category of Claim | Amount of Claim |
|---|---|---|
| 13. **Citibank**<br>PO Box 193925<br>San Francisco, CA 94119 | **Secured claims** | 464,141.03 |
| 14. **Citibank**<br>PO Box 193925<br>San Francisco, CA 94119 | **Secured claims** | 618,854.57 |
| 15. **Citibank**<br>PO Box 193925<br>San Francisco, CA 94119 | **Secured claims** | 425,462.14 |
| 16. **Citibank**<br>PO Box 193925<br>San Francisco, CA 94119 | **Secured claims** | 1,469,778.83 |
| 17. **Citibank**<br>PO Box 193925<br>San Francisco, CA 94119 | **Secured claims** | 1,417,810.71 |
| 18. **Dept. of Labor, Licensing & Regulation**<br>PO Box 1844<br>Baltimore, MD 21203 | **Priority claims** | 45,000.00 |
| 19. **DURON PAINT & WALLCOVERINGS**<br>11 SOUTH CENTRAL AVE.<br>Baltimore, MD 21201 | **Unsecured claims** | 4,025.00 |
| 20. **HOME DEPOT CREDIT SERVICES**<br>**PROCESSING CENTER**<br>Des Moines, IA 50364 | **Unsecured claims** | 24,857.50 |
| 21. **JP Morgan Chase Bank, NA**<br>PO box 650528<br>Dallas, TX 75265 | **Secured claims** | 1,765,041.35 |
| 22. **JP Morgan Chase Bank, NA**<br>PO box 650528<br>Dallas, TX 75265 | **Secured claims** | 390,053.35 |
| 23. **JP Morgan Chase Bank, NA**<br>PO box 650528<br>Dallas, TX 75265 | **Secured claims** | 390,053.35 |
| 24. **JP Morgan Chase Bank, NA**<br>PO box 650528<br>Dallas, TX 75265 | **Secured claims** | 390,053.35 |
| 25. **JP Morgan Chase Bank, NA**<br>PO box 650528<br>Dallas, TX 75265 | **Secured claims** | 391,149.08 |

In re    **JIN SUK KIM**                                                Case No. ___**10-18008**_____

_____,
                      Debtor

## Numbered Listing of Creditors
### (Continuation Sheet)

| Creditor name and mailing address | Category of Claim | Amount of Claim |
|---|---|---|
| 26.  **JP Morgan Chase Bank, NA**<br>**PO box 650528**<br>**Dallas, TX 75265** | Secured claims | 338,451.11 |
| 27.  **JP Morgan Chase Bank, NA**<br>**PO box 650528**<br>**Dallas, TX 75265** | Secured claims | 338,046.29 |
| 28.  **KH FUNDING COMPANY**<br>**10801 LOCKWOOD DRIVE SUITE 370**<br>**Silver Spring, MD 20901** | Secured claims | 7,000,000.00 |
| 29.  **KH Funding Company**<br>**10801 Lockwood Drive #370**<br>**Silver Spring, MD 20901** | Secured claims | Unknown |
| 30.  **KH Funding Company**<br>**10801 Lockwood Drive #370**<br>**Silver Spring, MD 20901** | Secured claims | Unknown |
| 31.  **KH Funding Company**<br>**10801 Lockwood Drive #370**<br>**Silver Spring, MD 20901** | Secured claims | Unknown |
| 32.  **KH Funding Company**<br>**10801 Lockwood Drive #370**<br>**Silver Spring, MD 20901** | Secured claims | Unknown |
| 33.  **KH Funding Company**<br>**10801 Lockwood Drive #370**<br>**Silver Spring, MD 20901** | Secured claims | Unknown |
| 34.  **PNC**<br>**PO BOX 609**<br>**Pittsburgh, PA 15230** | Secured claims | 1,800,000.00 |
| 35.  **PNC Bank**<br>**PO Box 609**<br>**Pittsburgh, PA 15230** | Secured claims | Unknown |
| 36.  **PNC Bank**<br>**PO Box 609**<br>**Pittsburgh, PA 15230** | Secured claims | Unknown |
| 37.  **PNC Bank**<br>**PO Box 609**<br>**Pittsburgh, PA 15230** | Secured claims | Unknown |
| 38.  **PNC Bank**<br>**PO Box 609**<br>**Pittsburgh, PA 15230** | Secured claims | Unknown |

In re   **JIN SUK KIM**                                                         Case No. _____ **10-18008** _____

                                                                    ,
                                                Debtor

## Numbered Listing of Creditors
### (Continuation Sheet)

| Creditor name and mailing address | Category of Claim | Amount of Claim |
|---|---|---|
| **39.** **ROLL-OFF EXPRESS, INC.** **PO BOX 448** **Finksburg, MD 21048** | **Unsecured claims** | **7,813.53** |
| **40.** **SAXON MORTGAGE SERVICES, INC.** **4708 MERCANTILE DRIVE NORTH** **Fort Worth, TX 76137** | **Secured claims** | **305,000.00** |
| **41.** **Saxon Mortgage Services, Inc.** **4708 Mercantile Drive North** **Fort Worth, TX 76137** | **Secured claims** | **305,000.00** |
| **42.** **Seneca Real Property** **267 Kentlands Blvd. #3024** **Gaithersburg, MD 20878** | **Secured claims** | **Unknown** |
| **43.** **Seneca Real Property** **267 Kentlands Blvd. #3024** **Gaithersburg, MD 20878** | **Secured claims** | **Unknown** |
| **44.** **Seneca Real Property** **267 Kentlands Blvd. #3024** **Gaithersburg, MD 20878** | **Secured claims** | **Unknown** |
| **45.** **Seneca Real Property** **267 Kentlands Blvd. #3024** **Gaithersburg, MD 20878** | **Secured claims** | **Unknown** |
| **46.** **Wachovia** **P.O. Box 563966** **Charlotte, NC 28256** | **Secured claims** | **688,209.85** |
| **47.** **Wells Fargo Bank, NA** **PO Box 98074** **Charlotte, NC 28296** | **Secured claims** | **688,209.65** |

## DECLARATION

I, the above-named Debtor, declare under penalty of perjury that I have read the foregoing Numbered Listing of Creditors and that it is true and correct to the best of my information and belief.

Date___ **May 26, 2010** _____           Signature **/s/ JIN SUK KIM** _____
                                                           **JIN SUK KIM**
                                                           Debtor

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§ 152 and 3571.

BGE
PO BOX 13070
Philadelphia, PA 19101


Bureau of Revenue Collection
200 Holliday Street
Baltimore, MD 21202


Bureau of Treasury Management
200 Holliday Street
Baltimore, MD 21202


CAPITAL ONE BANK
PO BOX 1710
Mattituck, NY 11952


CCO Mortgage
PO box 6260
Glen Allen, VA 23058


CENTREAL WHOLESALERS, INC.
13401 VIRGINIA MANOR RD.
Laurel, MD 20707


Chase Card Services
PO Box 15298
Wilmington, DE 19850


Chevy Chase Bank
PO Box 1296
Laurel, MD 20707


Citibank
PO Box 193925
San Francisco, CA 94119

Dept. of Labor, Licensing & Regulation
PO Box 1844
Baltimore, MD 21203


DURON PAINT & WALLCOVERINGS
11 SOUTH CENTRAL AVE.
Baltimore, MD 21201


HOME DEPOT CREDIT SERVICES
PROCESSING CENTER
Des Moines, IA 50364


JP Morgan Chase Bank, NA
PO box 650528
Dallas, TX 75265


KH FUNDING COMPANY
10801 LOCKWOOD DRIVE SUITE 370
Silver Spring, MD 20901


KH Funding Company
10801 Lockwood Drive #370
Silver Spring, MD 20901


PNC
PO BOX 609
Pittsburgh, PA 15230


PNC Bank
PO Box 609
Pittsburgh, PA 15230


ROLL-OFF EXPRESS, INC.
PO BOX 448
Finksburg, MD 21048

SAXON MORTGAGE SERVICES, INC.
4708 MERCANTILE DRIVE NORTH
Fort Worth, TX 76137


Seneca Real Property
267 Kentlands Blvd. #3024
Gaithersburg, MD 20878


Wachovia
P.O. Box 563966
Charlotte, NC 28256


Wells Fargo Bank, NA
PO Box 98074
Charlotte, NC 28296