UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(GREENBELT DIVISION)

| | | |
|---|---|---|
| In re:<br>JIN SUK KIM<br>34 PINEY MEETING HOUSE CT.<br>Potomac, MD 20854<br>Debtor(s), | *<br>*<br>*<br>*<br>* | CASE No:10-18008-PM<br>Chapter 11 |
| * * * * * *<br>FEDERAL NATIONAL MORTGAGE<br>ASSOCIATION<br>    Movant,<br>v.<br>JIN SUK KIM<br>34 PINEY MEETING HOUSE CT.<br>Potomac, MD 20854<br>Debtor(s), | * * * * * *<br>*<br>*<br>*<br>*<br>* | * * * * * * |
| * * * * * * | * * * * * * | |

**MOTION FOR RELIEF FROM STAY**

**NOTICE TO DEBTOR(s):  Failure to file a written response to this motion with the Clerk of the United States Bankruptcy Court and to send Plaintiff a copy within 17 days from the date of the certificate of service may result in entry of a default judgment.**

Federal National Mortgage Association (hereinafter "the Bank") by it attorneys, Gerard William Wittstadt, Jr., Deborah H. Hill, Jordan B. Segal and Morris|Hardwick|Schneider, LLC, respectfully moves this Honorable Court to terminate the Automatic Stay, and, as grounds therefore, states as follows:

1. This proceeding seeking relief under Section 362 (a) as to Debtor and Section 1301(d), as to Co-Debtor, of the U.S. Bankruptcy Code, is a contested matter within the

**File No.:  MD-99001116-09**

2. That on April 12, 2010 the above-named Jin Suk Kim, (hereinafter "Debtor") initiated proceedings in the Court seeking relief under Chapter 7 of the United States Bankruptcy Code.  The Debtor converted to a case under Chapter 11 of the United States Bankruptcy Code on April 26, 2010.

3. The U.S. Trustee is W. Clarkson McDow, Jr.

4. On July 12, 2006, Jin Suk Kim, Debtor executed a Adjustable Rate Note in the amount of One Million, Five Hundred Fifteen Thousand, Six Hundred Seventy Nine and 00/100 Dollars ($1,515679.00) plus interest at the rate of 6.90% per annum, attorneys` fees, costs and late charges to be paid over thirty (30) years.  A true and correct copy of the Note is available for inspection and copying and will be presented as evidence at any hearing as required.

5. To secure the repayment of the sums due under the Note, the Debtor executed a Deed of Trust dated July 12, 2006 encumbering the real property ("Property") more particularly described in a Deed of Trust which has the address of Virginia Lane Apartments, 2801-2811 Virginia Avenue and 4700-4702 Greenspring Avenue, Baltimore, MD 21215.  A true and correct copy of the recorded Deed of Trust is available for inspection and copying and will be presented as evidence at any hearing as required.

6. Federal National Mortgage Association is the present holder of the Deed of Trust and Note.

7. The Debtor has failed to make post-petition payments due under the Note and is due for May 1, 2009, in the amount of $8,451.23 each plus late fees and is in default for payments of installments due under the Deed of Trust due to Federal National Mortgage Association

8. Debtor is in default under the Note, and there is a total debt of $1,662,362.64

9. Debtor has not and cannot offer Federal National Mortgage Association adequate protection of its interest in the Property, and Federal National Mortgage Association avers that it is not adequately protected as evidenced by the report from the State Department of Assessment and Taxation attached hereto as an exhibit.

10. The Property is not necessary for an effective reorganization, since the Debtor has no equity in the Property and, upon information and belief, the property is not generating income.

11. Cause exists to terminate the Automatic Stay.

**WHEREFORE,** the premises considered, Federal National Mortgage Association respectfully requests that this Court enter an Order terminating the Automatic Stay allowing Federal National Mortgage Association to exercise its legal rights under applicable law as to the Property, including but limited to foreclosure against the property under the Deed of Trust, and for such other and further relief as this Court deems just and proper.

Dated: July 2, 2010

Respectfully submitted,

  /s/  Jordan Segal
Gerard Wm. Wittstadt, Jr.  (Bar No. 23901)
Deborah H. Hill  (Bar No. 28384)
Jordan B. Segal  (Bar No. 29116)
Morris|Hardwick|Schneider, LLC
9409 Philadelphia Road
Baltimore, MD 21237

**File No.: MD-99001116-09**

          Ph:   410-284-9600  
          Fax:  410-282-1677  
          jsegal@closingsource.net  
          Attorney for Movant

### Certification of Service

I HEREBY CERTIFY that copies of the foregoing Motion for Relief were mailed by first class mail, postage pre-paid (or electronically pursuant to Admin. Order 05-01), this 2nd day of July, 2010, to the following parties:

Jin Suk Kim  
34 PINEY MEETING HOUSE CT.  
Potomac, MD 20854  
Debtor(s)

John Shin  
7702 Leesbrg Pike Suite T400  
Falls Church, VA 22043  
Attorney for Debtor

W. Clarkson McDow, Jr.  
6305 Ivy Lane, Suite 600  
Greenbelt, MD 20770  
U.S. Trustee

20 Largest Creditors list on Creditor Matrix

          /s/ Jordan Segal  
          Jordan Segal

**File No.:  MD-99001116-09**