**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(GREENBELT DIVISION)**

| | | |
|---|---|---|
| In re: | * | |
| JIN SUK KIM | | |
| 34 PINEY MEETING HOUSE CT. | * | CASE No:10-18008-PM |
| Potomac, MD 20854 | | Chapter 11 |
| Debtor(s), | * | |
| | * | |
| | * | |
| * * * * * * | * | * * * * * * |
| FEDERAL NATIONAL MORTGAGE ASSOCIATION | * | |
| | * | |
| Movant, | | |
| v. | * | |
| JIN SUK KIM | | |
| 34 PINEY MEETING HOUSE CT. | * | |
| Potomac, MD 20854 | | |
| Debtor(s), | * | |
| * * * * * * | * | * * * * * * |

**NOTICE OF MOTION FOR RELIEF FROM STAY
AND HEARING THEREON**

Federal National Mortgage Association, (hereinafter "The Bank") by it attorneys, Gerard William Wittstadt, Jr., Deborah H. Hill, Jordan B. Segal and Morris|Hardwick|Schneider, LLC has filed papers with the Court seeking relief from the automatic stay of 11 U.S.C. § 362(a) to enable it to foreclose on the real property and improvements thereon known as Virginia Lane Apartments, 2801-2811 Virginia Avenue and 4700-4702 Greenspring Avenue, Baltimore, MD 21215. Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have a lawyer, you may wish to consult one.)

**File No.:  MD-99001115-09**

If you do not want the Court to grant the Motion for Relief from Stay, or if you want the Court to consider your views on the motion, then by July 19, 2010, you or your lawyer must file a written response with the Clerk of the Bankruptcy Court explaining your position and mail a copy to:

Jordan Segal
Morris|Hardwick|Schneider, LLC
9409 Philadelphia Road
Baltimore, Maryland 21237
Attorney for Movant

If you mail rather than deliver, your response to the Clerk of the Bankruptcy Court for filing, you must mail it early enough so that the Court will receive it by the date stated above.

The hearing is scheduled for July 26, 2010, at 03:00 PM, in the United States Bankruptcy Court, Greenbelt Division, 6500 Cherrywood Lane, Courtroom 3-D Greenbelt, MD 20770.


**IF YOU OR YOUR LAWYER DO NOT TAKE THESE STEPS BY THIS DEADLINE, THE COURT MAY DECIDE THAT YOU DO NOT OPPOSE THE RELIEF SOUGHT IN THE MOTION AND MAY GRANT OR OTHERWISE DISPOSE OF THE MOTION BEFORE THE SCHEDULED HEARING DATE.**

|  |  |
|---|---|
| Dated:  July 1, 2010 | Respectfully submitted, |
|  |  /s/  Jordan Segal     <br>Gerard Wm. Wittstadt, Jr.  (Bar No. 23901)<br>Deborah H. Hill  (Bar No. 28384)<br>Jordan B. Segal  (Bar No. 29116)<br>Morris\|Hardwick\|Schneider, LLC<br>9409 Philadelphia Road<br>Baltimore, MD 21237<br>Ph:    410-284-9600<br>Fax:  410-282-1677<br>jsegal@closingsource.net<br>Attorney for Movant |

**File No.:  MD-99001115-09**

## Certification of Service

I HEREBY CERTIFY that copies of the foregoing Notice of Motion for Relief from Stay and Hearing thereon were mailed by first class mail, postage pre-paid (or electronically pursuant to Admin. Order 05-01), this 2nd day of July, 2010 to the following parties:

Jin Suk Kim
34 PINEY MEETING HOUSE CT.
Potomac, MD 20854
Debtor(s)

John Shin
7702 Leesbrg Pike Suite T400
Falls Church, VA 22043
Attorney for Debtor

W. Clarkson McDow, Jr.
6305 Ivy Lane, Suite 600
Greenbelt, MD 20770
U.S. Trustee

20 Largest Creditors listed on Creditor Matrix

                                                */s/ Jordan Segal*
                                                Jordan Segal

**File No.: MD-99001115-09**