
| | Maryland Department of Assessments and Taxation | Go Back |
|---|---|---|
| | **BALTIMORE CITY** | View Map |
| | **Real Property Data Search** (2007 vw6.3d) | New Search |

**Account Identifier:** Ward - 27 Section - 18 Block - 4809 Lot - 005

### Owner Information

| | | | |
|---|---|---|---|
| **Owner Name:** | VIRGINIA, LLC | **Use:** | APARTMENTS |
| | | **Principal Residence:** | NO |
| **Mailing Address:** | 34 PINEY MEETINGHOUSE CT POTOMAC MD 20854 | **Deed Reference:** | 1) FMC/10836/ 281  2) |

### Location & Structure Information

**Premises Address**  
2801 VIRGINIA AVE  
BALTIMORE 21215-6546

**Legal Description**  
1.25 ACRES

| Map | Grid | Parcel | Sub District | Subdivision | Section | Block | Lot | Assessment Area | Plat No: |
|---|---|---|---|---|---|---|---|---|---|
| 27 | | | | | 18 | 4809 | 5 | 1 | Plat Ref: |

**Special Tax Areas**  
Town  
Ad Valorem  
Tax Class

| Primary Structure Built | Enclosed Area | Property Land Area | County Use |
|---|---|---|---|
| 0000 | | 54,450.00 SF | 11410 |
| **Stories** | **Basement** | **Type** | **Exterior** |

### Value Information

| | Base Value | Value | Phase-in Assessments | |
|---|---|---|---|---|
| | | As Of 01/01/2010 | As Of 07/01/2009 | As Of 07/01/2010 |
| **Land** | 108,900 | 108,900 | | |
| **Improvements:** | 420,700 | 369,700 | | |
| **Total:** | 529,600 | 478,600 | 529,600 | 478,600 |
| **Preferential Land:** | 0 | 0 | 0 | 0 |

### Transfer Information

| **Seller:** | KIM, JIN SUK | **Date:** | 07/08/2008 | **Price:** | $0 |
|---|---|---|---|---|---|
| **Type:** | NOT ARMS-LENGTH | **Deed1:** | FMC/10836/ 281 | **Deed2:** | |
| **Seller:** | KAY-MAR PROPERTIES I | **Date:** | 08/01/2006 | **Price:** | $8,669,282 |
| **Type:** | MULT ACCTS ARMS-LENGTH | **Deed1:** | FMC/ 8153/ 331 | **Deed2:** | |
| **Seller:** | KAY-MAR PROPERTIES I | **Date:** | 02/22/1990 | **Price:** | $660,000 |
| **Type:** | IMPROVED ARMS-LENGTH | **Deed1:** | SEB/ 2394/ 404 | **Deed2:** | |

### Exemption Information

| **Partial Exempt Assessments** | **Class** | 07/01/2009 | 07/01/2010 |
|---|---|---|---|
| **County** | 000 | 0 | 0 |
| **State** | 000 | 0 | 0 |
| **Municipal** | 000 | 0 | 0 |

**Tax Exempt:** NO                                    **Special Tax Recapture:**  
**Exempt Class:**                                              * NONE *